IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, | ) | |
| Plaintiffs, | ) | |
| v. | ) | 07-cv-01709-RJL |
| DIRK A. KEMPTHORNE, in his official capacity, THE UNITED STATES DEPARTMENT OF THE INTERIOR, and THE BUREAU OF LAND MANAGEMENT, | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO APPEAR AT
OCTOBER 1, 2007 STATUS CONFERENCE
BY TELEPHONE**

_____

Defendants, by and through their undersigned counsel, hereby move for permission for the undersigned attorney to appear at the October 1, 2007 Status Conference telephonically.  The challenged agency action is located in Carbon County, Wyoming.  The Department of Justice has assigned Lori Caramanian, who has expertise in the subject matter, and who is located near the project area, in Denver, Colorado, as lead counsel.  Given that the response to Plaintiffs' motion for a preliminary injunction has a short deadline, travel to Washington, D.C. for the status conference would hamper counsel's ability to respond to the motion.  The undersigned will ensure that the conference is also attended by counsel from our Washington, D.C. office.  For good cause shown, Federal Defendants request that Lori Caramanian be permitted to appear at the Status Conference by telephone.

Pursuant to Local Rule 7(m), and this Court's standing order, counsel for defendants

conferred with counsel for Plaintiffs who stated that Plaintiffs do not oppose this motion.

Respectfully submitted this 30th day of September, 2007.

>RONALD J. TENPAS
>Acting Assistant Attorney General
>United States Department of Justice
>Environment & Natural Resources Division
>
>Jon Lipshultz
>United States Department of Justice
>Environment & Natural Resources Division
>Environmental Defense Section
>PO Box 23986
>Washington, DC 20026-3986
>Phone: (202) 514-2191
>Fax: (202) 353-7763
>
>  s/ Lori Caramanian
>Lori Caramanian
>United States Department of Justice
>Environment and Natural Resources Division
>Environment & Natural Resources Division
>1961 Stout Street, 8th Floor
>Denver, CO 80294
>Phone: (303) 844-1499
>Fax: (303) 844-1350
>
>Attorneys for Federal Defendants

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 07-cv-01709-RJL |
| DIRK A. KEMPTHORNE, in his official capacity, THE UNITED STATES DEPARTMENT OF THE INTERIOR, and THE BUREAU OF LAND MANAGEMENT, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For good cause shown, it is hereby ordered that Lori Caramanian, counsel for Federal Defendants, is permitted to appear telephonically at the October 1, 2007 status conference on the preliminary injunction.

**SO ORDERED.**


                                              **RICHARD J. LEON**
                                              **United States District Judge.**