CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL )<br>)<br>)<br>)<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE )<br>)<br>)<br>)<br>)<br>Defendant )<br>) | Civil Case Number 07-1709 (RJL)<br><br>Category    D |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>September 28, 2007</u> from <u>Judge Ellen S. Huvelle</u> to <u>Judge Richard J. Leon</u> by direction of the Calendar Committee.

(Reassigned as related to 07-1486)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Huvelle & Courtroom Deputy
      Judge Leon & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓