## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 07-cv-01709-RJL |
| DIRK A. KEMPTHORNE, in his official capacity, THE UNITED STATES DEPARTMENT OF THE INTERIOR, and THE BUREAU OF LAND MANAGEMENT, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## DEFENDANTS' NOTICE OF APPEARANCE OF CO-COUNSEL

Defendants, by and through their undersigned counsel, hereby file notice of appearance of Jon Lipshultz, who will serve as co-counsel and local counsel in this matter. Lori Caramanian will continue to serve as lead counsel. Mr. Lipshultz's contact information is:

> Jon M. Lipshultz
> United States Department of Justice
> Environment & Natural Resources Division
> Environmental Defense Section
> PO Box 23986
> Washington, DC 20026-3986
> Phone: (202) 514-2191
> Fax: (202) 353-7763
> D.C. Bar #416165

Respectfully submitted this 1st day of October, 2007.

> RONALD J. TENPAS
> Acting Assistant Attorney General
> United States Department of Justice
> Environment & Natural Resources Division

Jon M. Lipshultz
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
PO Box 23986
Washington, DC 20026-3986
Phone: (202) 514-2191
Fax: (202) 353-7763
D.C. Bar #416165


　　s/ Lori Caramanian
Lori Caramanian
United States Department of Justice
Environment and Natural Resources Division
Environment & Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Phone: (303) 844-1499
Fax: (303) 844-1350

Attorneys for Federal Defendants