IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, ) ) Plaintiffs, ) ) v. ) ) DIRK A. KEMPTHORNE, in his official capacity, ) THE UNITED STATES DEPARTMENT OF THE ) INTERIOR, and ) THE BUREAU OF LAND MANAGEMENT, ) ) Defendants. ) ) | 07-cv-01709-RJL |

**FEDERAL DEFENDANTS' NOTICE OF ERRATA**

_____

Federal Defendants hereby file this notice of errata concerning a supporting exhibit for their motion in opposition to Plaintiffs' motion for a preliminary injunction. In creating a .pdf document that is less than 2MB in size, Federal Defendants needed to split the declaration of Travis Bargsten into two files. In creating part two of the declaration, Federal Defendants inadvertently omitted three pages from the Declaration of Travis Bargsten. Please substitute the corrected Exhibit 11, part b in its entirety (document 9-18). Also, Federal Defendants mistakenly picked "Errata" instead of "Exhibit" for Exhibit 8, part 5 (document 9-13) Federal Defendants apologize for these errors.

Respectfully submitted this 10th day of October, 2007.

RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice

Environment & Natural Resources Division

Jon M. Lipshultz
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
PO Box 23986
Washington, DC 20026-3986
Phone: (202) 514-2191
Fax: (202) 353-7763
D.C. Bar #416165


   s/ Lori Caramanian
Lori Caramanian
United States Department of Justice
Environment and Natural Resources Division
Environment & Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Phone: (303) 844-1499
Fax: (303) 844-1350

Attorneys for Federal Defendants

# EXHIBIT H



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
RAWLINS FIELD OFFICE

MARCH 28, 2005



## OPTIONAL EA, FONSI, AND DR FORM

**THIS ENVIRONMENTAL ASSESSMENT IS TIERED TO AND REFERENCES THE**
"*Desolation Flats Natural Gas Development Project Environmental Impact Statement*"

---

**ENVIRONMENTAL ASSESSMENT**    **EA NUMBER**: WY-030-05-EA-215

**BLM Office**: Rawlins Field Office    **Lease Number**: WYW-93952

**Proposed Action Title**: Lookout Wash Unit 50-8 Natural Gas Well, Access Road, and Pipeline

**Location of Proposed Action**:

| | |
|---|---|
| Well pad location: | T. 14 N., R. 93 W., NE¼SW¼ Section 8 |
| Access road(s) location: | T. 14 N., R. 93 W., SW¼NE¼ Section 8 |
| Pipeline location: | T. 14 N., R. 93 W., SW¼NE¼ Section 8 |

**Applicant**: Cabot Oil & Gas Corporation (Cabot)

### Conformance with Land Use Plan

This proposed action is in conformance with the Great Divide Resource Management Plan (RMP) that was approved on November 8, 1990. The RMP has been reviewed to determine if the proposed action conforms to the land use plan terms and conditions as required by 43 CFR 1610.5. Development of oil and gas reserves is in conformance with the RMP. On page 30, the RMP states "The entire planning area [Great Divide Resource Area] is open to oil and gas leasing".

The development of this project will not affect the achievement of the Wyoming Standards for Healthy Rangelands (August 1997).

Remarks:

The "Desolation Flats Natural Gas Development Project Environmental Impact Statement" (DF EIS), was written to assess the environmental consequences of a natural gas development in southwestern Carbon County and southeastern Sweetwater County. The Record of Decision (ROD) for this action was approved on July 27, 2004. The proposed action is tiered to, references, and is in conformance with the aforementioned EIS.

Cabot's APD, with Conditions of Approval, contains a complete description of the access road(s) and drilling operations. The APD, with Conditions of Approval, is considered an integral part of this Environmental Assessment and is incorporated by reference.

A right-of-way (ROW) grant for use of or construction of a road may be required to access the proposed well. The grant should be made under the authority of Title V of the Federal Land Policy and Management Act of 1976 (43 U.S.C. 1761), and be subject to the terms and conditions in 43 CFR 2801 and rental payments as determined by 43 CFR 2803.1-2. The grant would be subject to the mitigation set forth in the application/plan of development as found in the APD for the Lookout Wash Unit 50-8 APD.

Exhibit 11 b

Granting a ROW wholly within the boundaries of other compatibly-developed rights-of-way is a categorical exclusion as found in the DOI Manual 516 DM 6 Appendix 5.4 E(12). Cabot's Right-of-Way grant for the use or construction of a road may be amended to authorize access to the proposed well. The amendment would then be made under the authority of Title V of the Federal Land Policy and Management Act of 1976 (43 U.S.C. 1761), and be subject to the terms and conditions in 43 CFR 2801 and rental payments as determined by 43 CFR 2803.1-2. The grant also should be subject to the mitigation set forth in the application/plan of development as found in the APD for the Lookout Wash Unit 50-8, and the original grant.

A right-of-way grant for construction of a buried pipeline may be required to transport the produced gas from the well location. The right-of-way grant for the pipeline is issued under the authority of Section 28 of the Mineral Leasing Act of 1920, as amended (30 U.S.C. 185). The right-of-way grant would be subject to reasonable terms and conditions to protect surface values.

### Need for Proposed Action

Domestic natural gas production is an integral part of U.S. energy development and conservation plans due to its availability and the presence of existing market delivery infrastructure. Domestic production reduces immediate dependence upon foreign sources of energy, and maintains an adequate and stable supply of fuel to maintain economic well-being, industrial production, and national security. The environmental advantages of burning natural gas are emphasized in the Clean Air Act amendments of 1990.

For this particular well, the production is primarily natural gas with limited amounts of condensate (a by-product of natural gas production).

### Description of Proposed Action

The proposed action entails the construction of a new access road and well pad for the purpose of drilling the Lookout Wash Unit 50-8 well. The maps and illustrations attached to the APD display the location and layout of the proposed well and access roads.

The location of the proposed well is approximately sixteen miles northwest of Baggs, Wyoming. Access to the area will be from existing access roads off of Highway 789. A new road will be constructed to access to the well location.

A discussion of the actions generally associated with drilling a well, including (1) a plan of operations, (2) construction of the access road and drilling pad, and (3) pipeline installation, can be located in the following portions of the DF EIS:

- Chapter 2, *Proposed Action and Alternatives*
- Section 2.4, *Plan of Operations*
- Chapter 4, *Environmental Consequences, Mitigation, and Monitoring*
- Chapter 5, *Cumulative Impacts and Analysis*

Mitigation is also described in Appendices A, B, and D.

The following narratives summarize elements specific to the proposed action.

### Construction

The proposed action will disturb approximately 4.5 acres of land, comprised of new access road(s) (0.9 acres), well pad (2.5 acres), and pipeline (1.1 acres). If the well is productive, the portion of the pad unnecessary for production operations will be reclaimed after the production facilities are constructed. The well site and access road(s) will be entirely reclaimed after the well is plugged and abandoned.

Access

The operator proposes to construct 935 linear feet of new road to access the well location. The new road will be constructed to BLM specifications for a "Resource Road", as specified in BLM Manual Section 9113. Adequate drainage structures will be constructed or installed. The travelway will be at least 14 feet wide and will have an average right-of-way width of 40 feet. Approximately 0.9 acres of surface disturbance will occur in construction of the new road.

Well Site

The total disturbance area (*well pad, reserve pit, flare pit, subsoil and topsoil storage sites*) for the proposed well pad will be approximately 2.5 acres (385 feet x 280 feet). Should the well become productive, cut portions of the well site will be backfilled and the unused portions of the well site and soil stockpile sites will be stabilized and reseeded with native vegetation. The approximate well size will be reduced to one acre for the duration of production operations.

Pipeline

If the well is developed for production capacity, as is expected, a sales pipeline will be constructed to market the produced gas. Cabot has requested a right-of-way through the APD. The pipeline would be aligned with the proposed access road, and would tie in to an existing pipeline near the junction of the proposed road with the existing road. If a sales pipeline were to be constructed for this project the access road would be used as the working surface for pipeline installation. This route would be the same distance as the proposed access road, and surface disturbance width would be approximately 30 feet wide, with a right-of-way width of 50 feet. About 1.1 acres of additional disturbance would occur.

**Environmental Impacts**

An onsite inspection of the proposed action took place on 05/19/2004. At the onsite inspection, the proposed action was evaluated, and alternative surface locations considered. The well pad and access road were moved to minimize cut & fill volumes, and to move the pad away from a particularly dense stand of sagebrush.

| **Critical Element** | **Affected** | | **Critical Element** | **Affected** | |
|---|---|---|---|---|---|
| | **Yes** | **No** | | **Yes** | **No** |
| Air Quality | | X | T & E Species | | X |
| ACEC's | | X | Wastes, Hazardous/Solid | | X |
| Cultural Resources | | X | Water Quality | | X |
| Prime/Unique Farmlands | | X | Wetlands/Riparian Zones | | X |
| Floodplains | | X | Wild & Scenic Rivers | | X |
| Native Amer. Rel. Concerns | | X | Wilderness | | X |
| Environmental Justice | | X | Invasive, Nonnative Species | | X |

In addition to the critical elements referenced above, reviews of potential effects upon paleontological-, recreational-, soil-, vegetation-, visual-, and wildlife-resources were conducted.

National Register-eligible cultural resources were found on this site, but will be avoided. Additional stipulations recommended by the RFO archaeologist include:

1. The access road will be surfaced using a material compatible in color with the local environment
2. All surface facilities will be painted a color compatible with the local environment
3. The pipeline right-of-way will be brush-hogged instead of bladed
4. The pipeline right-of-way boundary will be co-located with the access road centerline, to minimize disturbance visibility

A golden eagle nest is located within one mile of the proposed well and proposed access road. Seasonal restrictions (February 1 to July 31) have been added to mitigate potential effects upon nesting raptors. RFO biologists have recommended a "No Effect" determination for the proposed action, and do not recommend consultation with U.S. Fish & Wildlife Service.

No significant paleontological resources were identified within the area of potential disturbance.

The presence of halogeton in the area has been identified as a potential concern. The operator will be required to control weeds. Maintenance of rangeland improvements has also been identified as a potential concern. The operator will be required to enter into a road maintenance agreement to formalize maintenance contributions to the road network, including the protection of rangeland improvements.

There is a wild horse gather planned by the BLM in this area for the summer/fall of 2005. The BLM Wild Horse Advisor believes that the proposed action will "contribute to the eventual loss of [the] wild, free-roaming nature of horses."

Site-specific findings by the interdisciplinary review team are provided on the attached review documents.

Description of Impacts:

A discussion of the actions generally associated with drilling projects and their associated impacts may be found in Chapter 2, *Proposed Action and Alternatives* and Chapter 4, *Environmental Consequences, Mitigation, and Monitoring* of the DF EIS.

Hazardous Materials

Cabot has indicated in their APD that some hazardous materials would be used during drilling, completion, and production of their proposed well. The term "hazardous material" as used here means: 1) any substance, pollutant, or contaminant (regardless of quantity) listed as hazardous under the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) of 1980, as amended, 42 U.S.C. 9601 et seq., and the regulations issued under CERCLA, 2) any hazardous waste as defined in the Resource Conservation and Recovery Act (RCRA) of 1976, as amended, and 3) any nuclear or nuclear byproduct as defined by the Atomic Energy Act of 1954, as amended, 42 U.S.C. 2011 et seq.

Cabot or any contracted company working for Cabot will have Material Data Safety Sheets available for all chemicals, compounds, or substances which are used during the course of construction, drilling, completion, and production operations for this project. Additionally, all chemicals will be handled in an appropriate manner to minimize the potential for leaks or spills to the environment.

Impacts to soils, surface and groundwater resources, wildlife, vegetation, and human health could result from the accidental exposure of hazardous materials. However, since the project operations will strictly comply with all applicable federal and state laws concerning hazardous materials, the Hazardous Materials Management Summary for this project, and the operator's Spill Prevention Control and Countermeasure Plan, no significant impacts are anticipated.

Reclamation

Reclamation typically commences within a year of drilling completion. The drill pad will be reduced to a 1-2 acre production well site. Total reclamation of all new disturbances will take place when the well is no longer productive and is plugged and abandoned.

Description of Mitigation Measures and Residual & Cumulative Impacts:

Mitigation of potential effects is part of the proposed action, and specific mitigation details can be found in the APD including the Conditions of Approval. Residual impacts resulting from the

proposed action would include permanent loss of oil and/or gas reserves should the well become productive. In addition, the well pad, production equipment, and the access road could remain in place for 30 years or more (until plugging and abandonment, final reclamation). The pipeline would remain in place for perpetuity.

The proposed action is in conformance with the mitigation guidelines addressed in the DF EIS Chapter 4, *Environmental Consequences, Mitigation, and Monitoring.*

The potential residual and cumulative impacts are discussed in the DF EIS. This project would not exceed the cumulative effects analyzed. All needed mitigation, for that portion of the proposed action on public land, is part of the proposed action.

The access roads and well/production pads may remain visible for a period of approximately 20 to 30 years after they are abandoned and reclaimed. The oil and gas resource will be permanently lost.

**Public Comment**

The APD cover page and location map were posted for a 30-day period in the RFO public room for public review. One comment was received on January 12, 2005 from Biodiversity Conservation Alliance (BCA). A summary of the substantive comments that apply to this APD are provided below, with corresponding BLM responses:

BCA Comment:

*"At this stage, there is little information that has been made available to us regarding the specific nature of the development proposals... ...which hampers our ability to comment in detail on these proposals."*

BLM Response:

The entire proposed action is detailed in the APD. The APD, however, is recognized by the BLM as containing proprietary information (i.e., geologic information) that can not be released in its entirety without a Freedom of Information Act (FOIA) request. Completing a FOIA request, however, allows the BLM to withhold the proprietary information and release the remainder, which holds the principal information regarding surface protection. BCA has submitted a FOIA request for this APD, and the BLM has released to BCA all information that it can release under law. This includes a copy of the Surface Use Plan for the APD. Thus, the BLM has released detailed information about the proposed action, and this information may be used by BCA to develop detailed comment on this APD.

BCA Comment:

*"Closed-loop drilling, with no reserve pit and injection of drilling muds, should be considered in [the EA]."*

BLM Response:

The BLM has not identified any unresolved resource conflicts associated with the use of reserve pits for this proposed action.

BCA Comment:

*"The proposed well should be drilled directionally from one of the already existing well sites [within Section 8]."*

BLM Response:

The proponent has proposed drilling a vertical well to develop natural gas reserves within their lease. In analyzing this proposal, the BLM has found no unresolved resource conflicts that would require mandated directional drilling for this APD.

BCA Comment:

*"A detailed analysis of the direct and cumulative impacts of the proposed well, access road, and other disturbance will be needed for this species [Gibbens' beardtongue, a BLM Sensitive Species]."*

BLM Response:

Gibbens' beardtongue is found on sparsely vegetated shale or sandy-clay slopes at elevations ranging from 5500 to 7700 feet. Such habitat does not exist at the location of the proposed action. There is no potential for this species to occur at the location of the proposed action, and thus no additional analysis is required. A BLM biologist has visited this site in considering potential effects to biota; the biologist did not find potential Gibbens' beardtongue habitat.

BCA Comment:

*"Construction of wells and roads within one mile of an active [raptor] nest site would result in significant impacts to nesting raptors..."*

BLM Response:

As described on page 3 of this EA, the proposed action is located within one mile of a golden eagle nest. Seasonal restrictions have been added to the conditions of approval of this APD, to protect nesting raptors. Such restrictions are adequate to protect the nest, should the nest become active during the period when activities associated with this APD are on-going.

The BLM would like to thank BCA for the comments that they have provided.

Persons/Agencies Consulted:

| Name | Title | Affiliation |
|---|---|---|
| Mary Read | Wildlife Biologist | Bureau of Land Management |
| Marcell Astle | Range Management Specialist | Bureau of Land Management |
| Mark Newman | Geologist | Bureau of Land Management |
| Jon Dull | Petroleum Engineer | Bureau of Land Management |
| Chuck Reed | Wild Horse Resource Advisor | Bureau of Land Management |
| Nina Trapp | Archaeologist | Bureau of Land Management |

Prepared By:

_____          03/28/2005
Travis Bargsten, Natural Resource Specialist          Date

**FINDING OF NO SIGNIFICANT IMPACT/DECISION RECORD.**

I have reviewed this environmental assessment including the explanation and resolution of any potentially significant environmental impacts. I have determined that the proposed action with the mitigation measures described below will not have any significant impacts on the human environment and that an EIS is not required. I have determined that the proposed project is in conformance with the approved land use plan. It is my decision to implement the project with the mitigation measures identified below.

**Mitigation Measures/Remarks:**

All needed mitigation is part of the proposed action and can be found in the APD and Conditions of Approval. The proposed action is in conformance with the proposed action and decision record for the "Desolation Flats Natural Gas Development Project Environmental Impact Statement."

**Appeal:**

Under BLM regulation this decision is subject to appeal. Under BLM regulation, this decision is subject to administrative review in accordance with 43 CFR 3165. Any request for administrative review of this decision must include information required under 43 CFR 3165.3(b) (State Director Review), including all supporting documentation. Such a request must be filed in writing with the State Director, Bureau of Land Management, P.O. Box 1828, Cheyenne, Wyoming 82003 within 20 business days of the date this Decision Record is received or considered to have been received.

Authorized Official:

_/s/ Mark Storzer_                                              JUN -9 2005

Field Manager                                                    Date
Rawlins Field Office



**PHOTOGRAPH 1**



Subject: Lease # WYW-93952, Lookout Wash Unit 50-8

Date: 05/19/2004

Taken By: Travis Bargsten, Rawlins Field Office
(307) 328-4387, Travis_Bargsten@blm.gov

Location: Taken at edge of well pad, looking towards centerhole location.



[COPY OF LWU 50-B EA/DR/FONSI]





*(22/23)*    *ARC MAP 2/14/07*

DETERMINATION OF NEED FOR T&E CONFERENCE/CONSULTATION AND ECOLOGICAL EVALUATION
ON OTHER WILDLIFE SPECIES (9-29-05)

To:   Wildlife Biologist, Rawlins Field Office         Date: February 7, 2006

From: Kay Nation

Reference No.: Lease WYY-131275                    ( ) Public Land
Company Name: DOUBLE EAGLE PETROLEUM COMPANY       ( ) Private Land (Requires Consent
Project Name: **CATALINA UNIT POD B 11-6**                  Letter)
Location: SWNW, Lot 18, Sec. 6, T16N, R91W
USGS Quadrangle: Blue Gap
County: CARBON
Description of Proposed Action: ACCESS ROAD, WELL PAD, RESERVE PIT, WATERHAUL ROUTE
Oil and Gas EA/EIS Area: ATLANTIC RIM
Date Response Needed: **FEBRUARY 21, 2006**
*******************************************************************************

*STIPULATIONS: Wildlife Species:*

[ ]   Construction, drilling and other activities potentially disruptive to wintering wildlife are
      prohibited during the period of Nov 15 to Apr 30 for the protection of big game winter
      habitat.
[ ]   Construction, drilling and other activities potentially disruptive to big game
      calving/lambing are prohibited during the period of May 1 to Jun 30 for the protection of
      calving/lambing areas.
[X]   Construction, drilling and other activities potentially disruptive to nesting raptors are
      prohibited during the period of Feb 1 to July 31 for the protection of raptor nesting areas.
[X]   Avoid surface disturbing and disruptive activities in suitable greater sage-grouse/sharp-
      tailed grouse identified nesting and early-brood rearing habitat between March 1 to July 15.
      A NSO applies within ¼ mile of lek perimeter. Avoid human activity between 6pm-9am March 1-
      May 20 within ¼ mile of lek perimeter.
[ ]   Avoid surface disturbing and disruptive activities in suitable greater sage-grouse/sharp-
      tailed grouse identified winter habitat between November 15 to March 14 for the protection of
      winter concentration areas.
[X]   _WITHIN THE APD NON-BLOCK CLEARED AREA NO PRAIRIE DOG BURROWS_
      _NO MT PLOVER HABITAT  Field check 2-23-06_

[ ]   Wyoming BLM-RFO Sensitive Species: _____

      _____

      **MOUNTAIN PLOVER**: short-grass prairie, shrub-steppe, prairie dog towns
      [ ] Construction, drilling and other activities are prohibited during the
      reproductive period of April 10 to July 10 for the protection of nesting plover. Additional
      protection measures may be applied if this area is later    determined to be within occupied
      habitat.
      [ ] The project is located within occupied habitat where broods and/or adults have been found
      in the current year or documented in at least 2 of the past 5 years. Additional protection
      measures are attached.
      **WESTERN BOREAL TOAD**: riparian areas >7500 feet in elevation.
      [ ] Activities within 500 feet of riparian habitat are prohibited during the period of April
      15 to June 30 for the protection of breeding toads.


*STIPULATIONS: Endangered, Threatened, Proposed, and Candidate Species:*

Field analysis indicates the following effects/affects as a result of approving the described action
above, provided that appropriate stipulations are attached:

T&E: (no effect) ~~(may affect) (not likely to adversely affect)~~ (informal) ~~(formal)~~ consultation ~~(is)~~
(is not) recommended.

Proposed*: (not likely to jeopardize) ~~(likely to jeopardize)~~ (informal conferencing) ~~(is)~~ (is not)
recommended.

Candidate+: (no impact) ~~(may impact, but not likely to contribute to the need for federal listing)~~
(informal conferencing) ~~(is)~~ (is not) recommended.

[ ]   **BALD EAGLE**: HABITAT: conifers, cottonwood-riparian, river ecosystems. STIPULATION:
      Construction, drilling and other activities potentially disruptive to nesting bald eagles are
      prohibited during the period of February 1 to July 31 for the protection of nesting areas.

[ ]   **BLACK-FOOTED FERRET**: HABITAT: prairie dog colonies with black-tailed prairie dog complex >80

EXHIBIT J

acres and white-tailed prairie dog complex >200 acres.
STIPULATION: The wildlife staff completed informal/formal consultation with the U.S. Fish and Wildlife Service (FWS) and the stipulation is attached to avoid adverse impacts to this species.

[ ] **BLOWOUT PENSTEMON**: HABITAT: sparsely vegetated shifting sand dunes or wind carved depressions (blowouts). STIPULATION: The wildlife staff completed informal/formal consultation with the FWS and the stipulation is attached to avoid adverse impacts to the species.

[ ] **CANADA LYNX**: HABITAT: early and late coniferous forests >6500 feet in elevation, rangelands. STIPULATION: The wildlife staff completed informal/formal consultation with the FWS and the stipulation is attached to avoid adverse impacts to this species.

[ ] **COLORADO BUTTERFLY PLANT**: HABITAT: endemic to moist soils in mesic or wet meadows of floodplain areas in Laramie County, WY. STIPULATION: The wildlife staff completed informal/formal conference with the FWS and the stipulation is attached to avoid adverse impacts to the species.

[ ] **COLORADO RIVER SPECIES: COLORADO PIKEMINNOW, HUMPBACK CHUB, BONYTAIL CHUB, RAZORBACK SUCKER**: HABITAT: Colorado River Basin. STIPULATIONS:

  [ ] This activity will cause a new water depletion of <100 acre-feet. There is no mitigation payment required for this project.

  [ ] This activity will cause a new water depletion of ≥100 acre-feet. Payment of $_____ will be made to the National Fish and Wildlife Foundation and legal protection of instream flows will occur.

[ ] **NORTH PLATTE RIVER SPECIES: WHOOPING CRANE, LEAST TERN, PALLID STURGEON, PIPING PLOVER, ESKIMO CURLEW, WESTERN PRAIRIE FRINGED ORCHID**: HABITAT: Platte River System. STIPULATIONS:

  [ ] This activity will cause an existing/new water depletion of <25 acre feet. A payment of $_____ will be made to the National Fish and Wildlife Foundation (NFWF).

  [ ] This activity will cause an existing/new water depletion of ≥25 acre feet. For existing projects a payment of _____ will be made to the NFWF. For new projects, the depletion will be placed in the state where it occurs below the diversion point. Timing of the replacement will be outside of the irrigation season after _____ and at a time of flow shortage for species needs.

[ ] **PREBLE'S MEADOW JUMPING MOUSE**: HABITAT: riparian shrub/grass habitat types, marshy areas, moist-meadow grasslands near streams, mixed shrublands are used in spring and summer; dryer uplands are used as winter hibernaculums. STIPULATIONS:

  [ ] This project is located in or near critical habitat.

  [ ] This project is located within potential habitat and/or known hibernation habitat and no activities are permitted within 300 feet of the 100-year floodplain.

  [ ] This project is not located within identified or known habitat, but it is located within suitable habitat; therefore, construction and other activities potentially disruptive to the mouse are prohibited between May 15 to August 15.

  [ ] This project is located within an identified or known hibernaculum area; therefore, construction and other activities potentially disruptive to the mouse are prohibited between August 16 to May 14.

[ ] **UTE LADIES' TRESSES**: HABITAT: endemic to moist soils in mesic or wet meadows near springs, lakes, seeps, and riparian areas within 100 year floodplain of perennial streams ranging from 4,300-7,000 feet. STIPULATIONS: The wildlife staff completed informal/formal consultation with the FWS and the stipulation is attached to avoid adverse impacts to the species.

[ ] **WYOMING TOAD**: HABITAT: distribution is restricted to within 30 miles of Laramie, Wyoming within the Mortenson Lake and Hutton Lake National Wildlife Refuges. STIPULATION: The wildlife staff completed informal/formal consultation with the FWS and the stipulation is attached to avoid adverse impacts to the species.

[ ] + **YELLOW-BILLED CUCKOO**: HABITAT: cottonwood/willow riparian habitat west of the Continental Divide. STIPULATION: The wildlife staff completed informal consultation with the FWS and the stipulation is attached to avoid adverse impacts to the species.

_Frank Blomquist_ / 5/24/07
Wildlife Biologist, Rawlins Field Office / Date

_____ / _____
Wildlife Technician, Rawlins Field Office / Date

EA Attachment

**EXHIBIT K**



JUL 11 2007

In Reply Refer To:
WYW-131275 (030)

CERTIFIED MAIL NO. 7007 0710 0004 4344 7549
RETURN RECEIPT REQUESTED

Mr. Steven Degenfelder
Double Eagle Petroleum Company
777 Overland Trail
P.O. Box 766
Casper, Wyoming 82602

                        Re:    Catalina Unit POD B #20-6 APD
                                T.16N., R91W., Section 6, NE¼NW¼

Dear Mr. Degenfelder:

On September 26, 2005, Double Eagle Petroleum Company submitted the Catalina Unit POD B #20-6 Application for Permit to Drill (APD). This APD is located within the *Atlantic Rim Natural Gas Development Field Environmental Impact Statement* (AREIS) area. On March 23, 2007, the Record of Decision (ROD) for the AREIS was signed, authorizing consideration of development such as the #20-6 APD.

On February 23, 2006, we conducted a pre-ROD onsite inspection for this location. At the onsite inspection we discussed with you the conflict that this location presents with the adjacent sage grouse lek. As you know, this well is situated at an unsuitable location within the ¼-mile No Surface Occupancy (NSO) area of the lek. The NSO was established by decision under the ROD and is supported by other planning decisions in the Rawlins Field Office, current BLM policies, and was established in cooperation with other State and federal agencies. We can allow for authorization of activities in the NSO only when determined to be acceptable by an on-the-ground inspection and analysis determines that no adverse effects will occur to the lek.

At the onsite inspection, we were unable to move this proposed well to a location both suitable to us and you (in consideration of your desire to maintain 80-acre spacing and appropriate offsets in your Catalina POD B development). We are returning this APD unapproved for this reason.

TBARGSTEN:bi:7/9/07 DoubleEagle_#20-6Return_20070622.doc

```
CORRESPONDENCE STAMP
[ ] Subject Function File
[ ✓ ] Reading File
[ ✓ ] Case File
[ ] Lease & Correspondence
[ ] Carbon Copy
[ ] Originator
[ ] Brittany
```

2

You may re-submit this APD for our consideration in a different location or with additional mitigation measures to protect sage grouse activities at the adjacent lek.

Should you have any questions regarding this matter, please contact Travis Bargsten, Natural Resource Specialist, at the above address or phone (307) 328-4387.

                                    Sincerely,

                              /S/ Deborah K. Johnson

                          Acting
                                Field Manager

Enclosures:
    1 - Catalina Unit POD B #20-6 APD (Unapproved)

bcc:    Frank Blomquist (RFO)