IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL<br>1200 New York Avenue, NW, Suite 400<br>Washington, DC  20005,           *et al.*<br><br>            Plaintiffs,<br><br>      v.<br><br>DIRK KEMPTHORNE, in his official capacity<br>As the Secretary of the United States<br>Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240,           *et al.*<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 07-1709 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, the plaintiffs, the Natural Resources Defense Council, The Biodiversity Conservation Alliance, the Wyoming Outdoor Council, the Western Watersheds Project, and the Wyoming Wilderness Association, state that none of them have any parent companies, subsidiaries, or affiliates that have issued shares to the public.

  __10/17/07_____                              ___/s Sharon Buccino_____
Date                                                              Sharon Buccino (DC Bar # 432073)
                                                                      Natural Resources Defense Council
                                                                      1200 New York Ave., NW, Suite 400
                                                                      Washington, DC  20005
                                                                      202-289-6868