IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL<br>1200 New York Avenue, NW, Suite 400<br>Washington, DC  20005,  *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity<br>As the Secretary of the United States<br>Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240,  *et al.*<br><br>Defendants. | Civ. No. 07-1709 (RJL) |

AFFIDAVIT OF SERVICE

I, Craig Dylan Wyatt, served a copy of the complaint in this action and the relevant summons to the following parties:

Peter Keisler, Acting US Attorney General
US Department of Justice
10th & Constitution Ave., NW
Washington, DC  20530

Dirk Kempthorne, Secretary of the Interior
US Department of the Interior
1849 C Street, NW
Washington, DC  20240

Bureau of Land Management
US Department of the Interior
1849 C Street, NW
Washington, DC  20240

Jeffrey A. Taylor, US Attorney
Office of the US Attorney
Judiciary Center Building
555 -4th Street, NW
Washignton, DC  20001

Please find attached the US Postal Service tracking confirmations of delivery to these parties.

_____
Craig Dylan Wyatt

October 22, 2007

*Peter Keisler, US Acting Attorney General*
*10th & Constitution*



UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 0220 0002 5050 7247
Detailed Results:

- **Delivered, September 26, 2007, 11:17 am, WASHINGTON, DC 20240**
- **Arrival at Unit, September 26, 2007, 6:56 am, WASHINGTON, DC 20022**
- **Acceptance, September 25, 2007, 6:54 pm, WASHINGTON, DC 20013**

**Track & Confirm**
Enter Label/Receipt Number.

< Back       Return to USPS.com Home >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

---


POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7007 0220 0002 5050 7247

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Sent To *Peter Keisler, US Attorney General*
Street, Apt. No.; or PO Box No. *10th & Constitution Ave NW*
City, State, ZIP+4 *Washington, DC 20530*

PS Form 3800, August 2006                See Reverse for Instructions

*Dirk Kempthorne*
*Sec. of the Interior*
*US Dept. of the Interior*


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7007 0220 0002 5050 7247
Detailed Results:

- **Delivered, September 26, 2007, 11:17 am, WASHINGTON, DC 20240**
- **Arrival at Unit, September 26, 2007, 6:56 am, WASHINGTON, DC 20022**
- **Acceptance, September 25, 2007, 6:54 pm, WASHINGTON, DC 20013**

**Track & Confirm**
Enter Label/Receipt Number.

Go >

< Back         Return to USPS.com Home >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

*Postmark Here: WASH., DC NATIONAL CAPITAL, SEP 25 2007, USPS*

Sent To: *Dirk Kempthorne, US Dept of the Interior*
Street, Apt. No.; or PO Box No. *1849 C St. NW*
City, State, ZIP+4 *Washington, DC 20240*

7007 0220 0002 5050 7247

PS Form 3800, August 2006    See Reverse for Instructions

*Bureau of Land Management*
*US Dept. of the Interior*



# UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0001 3922 0964**
Status: **Delivered**

Your item was delivered at 9:08 AM on October 1, 2007 in WASHINGTON, DC 20240.

**Track & Confirm**
Enter Label/Receipt Number.

Additional Details >    Return to USPS.com Home >

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .58 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.23 |

Postmark Here

7007 1490 0001 3922 0964

Sent To: BLM USDOI
Street, Apt. No.; or PO Box No.: 1849 C St. NW
City, State, ZIP+4: Washington, DC 20240

PS Form 3800, August 2006    See Reverse for Instructions

Jeffry A. Taylor
District of Columbia


UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7007 0220 0002 5050 7230
Detailed Results:

- Delivered, September 26, 2007, 10:54 am, WASHINGTON, DC 20530
- Notice Left, September 26, 2007, 10:43 am, WASHINGTON, DC 20530
- Arrival at Unit, September 26, 2007, 10:34 am, WASHINGTON, DC 20022
- Acceptance, September 25, 2007, 6:54 pm, WASHINGTON, DC 20013

< Back          Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Postmark Here

Sent To  Jeffrey A. Taylor, US Attorney
Street, Apt. No.; or PO Box No.  555 - 4th Street NW
City, State, ZIP+4  Washington, DC 20001

7007 0220 0002 5050 7230

PS Form 3800, August 2006           See Reverse for Instructions