IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL<br>1200 New York Avenue, NW, Suite 400<br>Washington, DC  20005,           *et al.*<br><br>           Plaintiffs,<br><br>                      v.<br><br>DIRK KEMPTHORNE, in his official capacity<br>As the Secretary of the United States<br>Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240,           *et al.*<br><br>           Defendants. | Civ. No. 07-1709 (RJL) |

**PLAINTIFFS' OPPOSITION TO MOTION TO STRIKE**

This Court should deny Federal Defendants' Motion to Strike part of plaintiffs' Supplemental Brief.  All of the information submitted by plaintiffs on October 29, 2007, is within the scope of Plaintiffs' Motion for Preliminary Injunction filed on September 25, 2007, and the hearing held on October 18, 2007.

**1. BLM's approval of the C, D, and E plans of development (PODs) in the Sun Dog Unit is properly before the Court.**  The agency's approval of these three PODs in the Atlantic Rim project area is within the relief requested by plaintiffs in their Motion for Preliminary Injunction on September 25, 2007 (hereafter "Pl. PI Motion"). Plaintiffs specifically requested the Court to "prohibit BLM from approving additional applications for permits to drill related to the Atlantic Rim area until the agency corrects its violations of NEPA, FLPMA and the Clean Water Act."  Pl. PI Motion, at 5.  As

defendants acknowledge in their Motion to Strike, plaintiffs explicitly raised BLM's approval of the Sun Dog C, D & E PODs at the October 18, 2007, hearing. BLM Motion to Strike, at 2.

BLM's approval of additional drilling in the Atlantic Rim project area is undisputedly relevant to the irreparable harm plaintiffs will suffer. BLM argued to this Court at the October 18, 2007, hearing that most of the damage from the agency's action has already occurred and therefore no injunction is needed. Yet, the agency then turns around and approves new drilling. BLM's action blatantly disregards plaintiffs rights to have their legal claims heard before damage to the resources at issue is done. BLM's action also blatantly disregards this Court's attempt to resolve the matter in a reasonable manner.

**2. The Declaration of Duane Short is properly before the Court.** Federal defendants spent a great deal of time at the October 18, 2007, hearing convincing the Court that no damage would occur to the area's wild character because that character was already disturbed. The Short Declaration and attached photos contradict defendants' claims. BLM presented this court at the hearing with a distorted picture of the land at stake. Now, the defendants are asking the Court to keep its blinders on by striking plaintiffs' evidence offered to respond to BLM's distorted claims. The Court did not bar the use of exhibits with the supplemental briefs. In fact, federal defendants and intervenors themselves attached exhibits to their briefs, as well as plaintiffs.

By providing the opportunity for briefing following the hearing, the Court gave all parties a chance to provide as complete a picture as possible of the facts and issues involved in this matter. That is what plaintiffs attempted to do in their supplemental

brief. At this point, plaintiffs have chosen not to file a Motion for Temporary Restraining Order regarding BLM's approval of the Sun Dog C, D, & E PODs. Instead, Plaintiffs believe that this matter can be resolved most efficiently and reasonably by this Court issuing a decision based on the briefing and hearing to date as quickly as possible. Irreparable harm is occurring now pursuant to BLM's approval of the four original PODs and the three new PODs in the Atlantic Rim project area. Granting the relief plaintiffs requested in their pending Motion for Preliminary Injunction will preserve the status quo while the Court has time to resolve the merits of plaintiffs' claims.

## CONCLUSION

For the reasons stated herein, plaintiffs request that this Court deny Federal Defendants' Partial Motion to Strike.


Respectfully submitted.


\_\_/s/ Sharon Buccino_____
Sharon Buccino (D.C. Bar # 432073)
Aaron Bloom
Natural Resources Defense Council
1200 New York Ave., N.W. Suite 400
Washington, D.C. 20005
(202) 289-6868

Attorneys for Plaintiffs

Date: October 31, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2007, I electronically filed the foregoing **PLAINTIFFS' OPPOSITION TO MOTION TO STRIKE** through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Lori Caramanian   Lori.caramanian@usdoj.gov, jon.lipshultz@usdoj.gov, lori.montano@usdoj.gov, susan.middagh@usdoj.gov

Robert Charles Mathes  rmathes@bjorklindley.com, lvanderveer@bjorklindley.com

Michael B. Wigmore  Michael.wigmore@bingham.com

\_\_\_\_\_s/ Sharon Buccino\_\_\_\_
SHARON BUCCINO