IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL *et al.* | ) ) ) ) | |
| Plaintiffs, | ) ) | Civ. No. 07-1709 (RJL) |
| v. | ) ) ) | |
| DIRK KEMPTHORNE, in his official capacity, THE UNITED STATES DEPARTMENT OF THE INTERIOR and THE BUREAU OF LAND MANAGEMENT | ) ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' CONSENT MOTION FOR ADMISSION *PRO HAC VICE* <br> AND SUPPORTING MEMORANDUM**

Pursuant to Local Rule 83.2, counsel for plaintiffs hereby move for the admission, *pro hac vice*, of Aaron Bloom for purposes of appearing as co-counsel for plaintiffs. Plaintiffs' counsel, Sharon Buccino, sponsors Mr. Bloom's admission. In support of this motion, plaintiffs submit the attached declaration of Mr. Bloom and state as follows:

1. Mr. Bloom received his J.D. from Harvard Law School in 2003, and was admitted to the Bar of the State of New York in 2004, where he continues to be a member in good standing.

2. Mr. Bloom became a staff attorney with the Natural Resources Defense Council in New York, NY, in September 2007. Prior to his employment with the Natural Resources Defense Council, Mr. Bloom was an attorney with the law firm, Debevoise & Plimpton, LLP in New York, NY.

3. Mr. Bloom has not appeared as co-counsel, *pro hac vice*, in any other matter before the District Court of the District of Columbia during the past two years.

4. Mr. Bloom is familiar with the underlying facts and background of this litigation.

5. Counsel for defendants and intervenors have consented to Mr. Bloom's participation *pro hac vice* in this matter.

Respectfully submitted,

\_\_\_/s/ Sharon Buccino_____
Sharon Buccino
(D.C. Bar No. 432073)
Natural Resources Defense Council
1200 New York Ave, NW, Ste. 400
Washington, DC  20005

November 13, 2007                                          Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, 1200 New York Ave., N.W., Suite 400, Washington, D.C. 20005, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity As the Secretary of the United States Department of the Interior 1849 C. St. N.W., Washington, D.C. 20240 (202) 208-3100, et al.<br><br>Defendants. | Civ. No. 07-1709 (RJL) |

## DECLARATION OF AARON BLOOM

I, Aaron Bloom, declare under penalty of perjury that:

1. My name is Aaron Bloom and I am a lawyer for the Natural Resources Defense Council, located at 40 West 20th Street, New York, NY 10011. I do not practice out of an office located in the District of Columbia. My telephone number is (212) 727-4417.

2. I am admitted to the New York bar and no other state bars.

3. I have not been disciplined by any state bar.

4. I have not been admitted to appear pro hac vice before this Court in the past two years.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, in accordance with 28 U.S.C. § 1746.

Signed this 5th day of November, 2007.

_____
Aaron Bloom