IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL<br>1200 New York Avenue, NW, Suite 400<br>Washington, DC 20005,　　　*et al.*<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>DIRK KEMPTHORNE, in his official capacity<br>As the Secretary of the United States<br>Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240,　　　*et al.*<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 07-1709 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiffs and Federal Defendants respectfully request an extension of time to file their respective oppositions to Industry Defendant-Intervenors Motion to Consolidate and Memorandum in Support Thereof. Lead counsel for Federal Defendants, Lori Caramanian, is currently out of the country. Ms. Caramanian returns to the country on November 24 and has a previous commitment to travel to Alaska for another case the week of November 26. Consequently, Plaintiffs and Federal Defendants request an extension to and until December 7, 2007, to file their respective oppositions to the pending motion to consolidate. Defendant-Intervenors consent to this Motion. No previous extensions have been requested in this matter.

| | |
|---|---|
| __11/16/07_____ | ____/s/ Sharon Buccino_____ |
| Date | Sharon Buccino (DC Bar # 432073) |
| | Natural Resources Defense Council |
| | 1200 New York Ave., NW, Suite 400 |
| | Washington, DC  20005 |
| | 202-289-6868 |

    ____/s/ Lori Caramanian_____  
Lori Caramanian  
United States Department of Justice  
Environment and Natural Resources Division  
1961 Stout Street, 8th Fl  
Denver, CO  80294  
303-844-1499

CERTIFICATE OF SERVICE

     I hereby certify that on this 19th day of November, 2007, I electronically filed the foregoing **CONSENT MOTION FOR EXTENSION OF TIME** through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Lori Caramanian     Lori.caramanian@usdoj.gov, jon.lipshultz@usdoj.gov, lori.montano@usdoj.gov, susan.middagh@usdoj.gov

Robert Charles Mathes  rmathes@bjorklindley.com, lvanderveer@bjorklindley.com

Michael B. Wigmore  Michael.wigmore@bingham.com

                                         _____s/ Sharon Buccino_____
                                         SHARON BUCCINO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL ) <br> 1200 New York Avenue, NW, Suite 400 ) <br> Washington, DC  20005,           *et al.*     ) <br>                                                                       ) <br>         Plaintiffs,                                           ) <br>                                                                       ) <br>                v.                                                ) <br>                                                                       ) <br> DIRK KEMPTHORNE, in his official capacity  ) <br> As the Secretary of the United States           ) <br> Department of the Interior                         ) <br> 1849 C Street, NW                                      ) <br> Washington, DC  20240,        *et al.*        ) <br>                                                                       ) <br>         Defendants.                                       ) | Civ. No. 07-1709 (RJL) |

[Proposed] ORDER

UPON CONSIDERATION of the Consent Motion for Extension of Time filed by Plaintiffs and Federal Defendants, it is hereby

ORDERED that Plaintiffs and Federal Defendants shall have until December 7, 2007, on which to file their respective Oppositions to Industry Defendant-Intervenors Motion to Consolidate.

Date: _____                              _____

                                                                                        UNITED STATES DISTRICT JUDGE