UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. Action No. 07cv1709 (RJL)<br>)<br>) |
| DIRK KEMPTHORNE, *et al.*, | )<br>) |
| Defendants. | ) |

**ORDER**
(November 30, 2007)[#2]

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 30th, day of November 2007, hereby

**ORDERED** that [#2] plaintiffs' motion for a preliminary injunction is DENIED.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

