IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL<br>1200 New York Avenue, NW, Suite 400<br>Washington, DC 20005,          *et al.*<br><br>     Plaintiffs,<br><br>          v.<br><br>DIRK KEMPTHORNE, in his official capacity<br>As the Secretary of the United States<br>Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240,          *et al.*<br><br>     Defendants.<br>_____<br>ANADARKO PETROLEUM CORPORATION,<br>WARREN RESOURCES, INC., and DOUBLE<br>EAGLE PETROLEUM CO.,<br><br>Defendant-Intervenors,<br><br>STATE OF WYOMING,<br><br>Movant-Defendant-Intervenor. | Civ. No. 07-1709 (RJL) |

## PARTIES' CONFERENCE REPORT AND PROPOSED SCHEDULE

Pursuant to this Court's Case Management Order (Dkt. No. 8), the Parties have conferred and report as follows:

1.     The Parties agree this case is exempt from the requirements of Rule 26 and Local Rule 16.3 because review in this case is based on an administrative record. *See* Local Rule 16.3(b)(1). Because this matter is a proceeding under the Administrative Procedure Act, the Parties agree it should be resolved through cross-motions for summary judgment.

1

2.	Plaintiffs Natural Resources Defense Council et al. ("NRDC et al.") and the Federal Defendants have reached agreement on the schedule proposed in paragraphs 3 through 5 below.

3.	The Federal Defendants have agreed to produce and designate the administrative record in this case not later than March 20, 2008. The Federal Defendants intend to produce the record on compact disc or DVD due to its size. In the event a Party has concerns regarding the content or completeness of the administrative record, it shall raise those concerns to the Federal Defendants not later than March 28, 2008, and attempt to resolve those concerns in good faith. In the event those concerns cannot be adequately resolved, the concerned Party may seek relief from this Court by filing a proper motion not later than April 4, 2008. Responses shall be filed not later than April 18, 2008. Replies shall be filed not later than April 25, 2008.

4.	In the event there is no unresolved dispute over the content of the administrative record, Plaintiffs NRDC et al. and the Federal Defendants propose the following schedule for such motions, responses and replies:

(a)	Plaintiff's Motion for Summary Judgment to be filed not later than April 23, 2008;

(b)	The Federal Defendants' and Intervenor-Defendants' Responses to Plaintiff's Motion for Summary Judgment and Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment to be filed not later than May 23, 2008;

(c)	Plaintiff's Response to the Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment to be filed not later than June 23, 2008;

    (d)    The Federal Defendants' and Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment to be filed not later than July 12, 2008.

5.    In the event of an unresolved dispute concerning the content of the administrative record, then the following schedule shall apply:

    (a)    Plaintiff's Motion for Summary Judgment to be filed not later than the 30th day following this Court's Order disposing of the administrative record dispute;

    (b)    The Federal Defendants' and Intervenor-Defendants' Responses to Plaintiff's Motion for Summary Judgment and Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment to be filed not later than the 30th day following the filing under Paragraph 5(a);

    (c)    Plaintiff's Response to the Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment to be filed not later than the 30th day following the filing of under Paragraph 5(b);

    (d)    The Federal Defendants' and Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment to be filed not later than 15 days following the filing under Paragraph 5(c) .

6.    The Parties request that oral argument be held on the motions for summary judgment as the Court's calendar allows.

7.    The Industry Intervenor-Defendants on November 15, 2007, filed a motion to consolidate this action with *Theodore Roosevelt Conservation Partnership v. Kempthorne*, Case No. 1:07-cv-1486-RJL. Plaintiffs NRDC et al. and the Federal Defendants oppose consolidation

8. The Industry Intervenor-Defendants oppose the briefing schedule set forth herein, and believe a schedule should be developed after the Court has ruled on the Industry Intervenor-Defendants' motion to consolidate.

Respectfully submitted this 21st day of December 2007.

    /s/  Sharon Buccino
Sharon Buccino (DC Bar # 432073)
Natural Resources Defense Council
1200 New York Ave., NW, Suite 400
Washington, DC  20005
T:  202-289-6868
F:  202-289-1060
sbuccino@nrdc.org

*Counsel for Plaintiffs*

with the concurrence and consent of:

Lori Caramanian
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
T: (303) 844-1499
F: (303) 844-1350
lori.caramanian@usdoj.gov

*Attorney for Federal Defendants*

and

Michael B. Wigmore
D.C. Bar No. 436114
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006
T: (202) 373-6000
F: (202) 373-6001
michael.wigmore@bingham.com

*Counsel for Anadarko Petroleum Corporation, Warren Resources, Inc. and Double Eagle Petroleum Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I caused to be electronically filed the foregoing PARTIES' CONFERENCE REPORT AND PROPOSED SCHEDULE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Lori Caramanian | Lori.caramanian@usdoj.gov, jon.lipshultz@usdoj.gov, lori.montano@usdoj.gov, susan.middagh@usdoj.gov |
| Robert Charles Mathes | rmathes@bjorklindley.com, lvanderveer@bjorklindley.com |
| Michael B. Wigmore | Michael.wigmore@bingham.com |

I also emailed a copy of the foregoing to counsel for proposed intervenor, State of Wyoming.

Kristen Dolan        kdolan@state.wy.us

        /s/  Sharon Buccino
Sharon Buccino (DC Bar # 432073)
Natural Resources Defense Council
1200 New York Ave., NW, Suite 400
Washington, DC  20005
T:  202-289-6868
F:  202-289-1060
sbuccino@nrdc.org

*Counsel for Plaintiffs*