# United States District Court
# For the District of Columbia

NATURAL RESOURCES DEFENSE  
COUNCIL, et al.  )
      Plaintiff(s)  )  **APPEARANCE**
  )
  )
      vs.  )  CASE NUMBER  07-01709 (RJL)
KEMPTHORNE, et al.  )
  )
      Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Benjamin Longstreth__ as counsel in this
                         (Attorney's Name)

case for: Natural Resources Defense Council, Biodiversity Conservation Alliance, Wyoming Outdoor Council, Western Watersheds Project, and Wyoming Wilderness Association.
                      (Name of party or parties)

__January 10, 2008__               /s/ Benjamin Longstreth
Date                                       Signature

                                    Benjamin Longstreth
__974015__                             Print Name
BAR IDENTIFICATION        1200 New York Ave. NW, Ste. 400
                                   Address

                                    Washington, DC     20005
                                    City         State       Zip Code

                                    (202) 513-6256
                                    Phone Number