IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE<br>COUNCIL, et. al.,<br>1200 New York Avenue, NW, Suite 400<br>Washington, DC 20005,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official<br>Capacity as the Secretary of the United<br>States Department of the Interior, et. al.,<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>Defendants,<br><br>ANADARKO PETROLEUM CORPORATION,<br>WARREN RESOURCES, INC., DOUBLE<br>EAGLE PETROLEUM CO.,<br>2020 K Street, NW<br>Washington, D.C. 20006<br><br>Defendant-Intervenors,<br><br>STATE OF WYOMING<br>123 Capitol Building<br>Cheyenne, WY 82002<br><br>Movant-Intervenor. | Case No. 07-cv-01709-RJL |

MOVANT-INTERVENOR'S MOTION TO PARTICIPATE IN AND APPEAR AT
THE JANUARY 31, 2008 STATUS CONFERENCE BY TELEPHONE

Movant-Intervenor, by and through its undersigned counsel, hereby moves for permission

to participate in and appear at the January 31, 2008 Status Conference telephonically.

Movant-Intervenor believes it should be allowed to participate in the Status Conference due to its pending Motion to Intervene. First, the two lead attorneys for this case are unavailable to attend for medical reasons. Second, the challenged agency is located in Carbon County, Wyoming. The Movant-Intervenor is located in Cheyenne, Laramie County, Wyoming. Travel to Washington, D.C. to attend the Status Conference in person would be unduly costly and burdensome for the State of Wyoming. For good cause shown, Movant-Intervenor requests permission to participate in and appear at the Status Conference by telephone.

Pursuant to Local Rule 7(m), and this Court's standing Order, counsel for Movant-Intervenor conferred with counsel for Plaintiffs, counsel for Federal Defendants, and counsel for Defendant-Intervenors, all of which do not oppose this Motion.

Respectfully submitted this 18th day of January, 2008.

Jay A. Jerde
Deputy Attorney General

Kristen A. Dolan
Senior Assistant Attorney General

Teresa R. Nelson
Assistant Attorney General
Wyoming Attorney General's Office
123 Capitol Building
Cheyenne, WY 82002
307-777-6946
307-777-3542

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et. al.,<br>1200 New York Avenue, NW, Suite 400<br>Washington, DC   20005,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official Capacity as the Secretary of the United States Department of the Interior, et. al.,<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Case No. 07-cv-01709-RJL |
| ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., DOUBLE EAGLE PETROLEUM CO.,<br>2020 K Street, NW<br>Washington, D.C. 20006<br><br>Defendant-Intervenors, | ) ) ) ) ) ) ) ) ) |
| STATE OF WYOMING<br>123 Capitol Building<br>Cheyenne, WY  82002<br><br>Movant-Intervenor. | ) ) ) ) ) ) ) |

[PROPOSED] ORDER

For good cause shown, it is hereby ordered that Movant-Intervenor, State of Wyoming, is permitted to participate in and appear telephonically at the January 31, 2008 Status Conference.

**SO ORDERED**


_____
Richard J. Leon
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2008, the foregoing MOVANT-INTERVENOR'S MOTION TO PARTICIPATE IN AND APPEAR AT THE JANUARY 31, 2008 STATUS CONFERENCE BY TELEPHONE was electronically filed through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing, and the foregoing was also served by placing the same in the United States mail, postage prepaid, to the following:

Sharon Buccino
Benjamin Longstreth
Natural Resources Defense Council
1200 New York Ave., NW Suite 400
Washington, D.C. 20005
email: sbuccino@nrdc.org
email: blongstreth@nrdc.org

Aaron Bloom
Natural Resources Defense Council
New York, NY 10011
email: abloom@nrdc.org
*Counsel for Plaintiffs*

Michael B. Wigmore
Sandra P. Franco
Bingham McCutchen LLP
2020 K Street, NW
Washington, D.C. 20006-1806
email: michael.wigmore@bingham.com
email: s.franco@bingham.com
*Counsel for Defendant-Intervenors*
*Anadarko Petroleum Corporation,*
*Warren Resources, Inc.,*
*and Double Eagle Petroleum Co.*

Lori Caramanian
United States Department of Justice
Environment & Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
email: lori.caramanian@usdoj.gov

Jon M. Lipshultz
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
email: jon.lipshultz@usdoj.gov
*Counsel for Federal Defendants*

Robert C. Mathes
Bjork Lindley Little PC
1600 Stout Street, Suite 1400
Denver, CO 80202
email: rmathes@bjorklindley.com
*Counsel for Defendant-Intervenor*
*Double Eagle Petroleum Co.*

Wyoming Attorney General's Office