AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

NATURAL RESOURCE DEFENSE  )
COUNCIL, et al.,            )
       Plaintiff(s)    )  **APPEARANCE**
                            )
                            )
       vs.            )  CASE NUMBER    07-cv-1709 RJL
DIRK KEMPTHORNE, et al.,    )
                            )
       Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Teresa Nelson  as counsel in this
                                           (Attorney's Name)

case for:  State of Wyoming
              (Name of party or parties)

| | |
|---|---|
| 1/28/08 | *Teresa Nelson* (signature) |
| Date | Signature |
| | Teresa Nelson |
| WY 6-4083 | Print Name |
| BAR IDENTIFICATION | 123 Capitol Building |
| | Address |
| | Cheyenne    WY    82002 |
| | City    State    Zip Code |
| | 307-777-6946 |
| | Phone Number |

CERTIFICATE OF SERVICE

I hereby certify that on this 28TH day of January, 2008, the foregoing ENTRY OF APPEARANCE was electronically filed through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing, to the following:

Sharon Buccino
Benjamin Longstreth
Natural Resources Defense Council
1200 New York Ave., NW Suite 400
Washington, D.C. 20005
email: sbuccino@nrdc.org
email: blongstreth@nrdc.org

Aaron Bloom
Natural Resources Defense Council
New York, NY 10011
email: abloom@nrdc.org
*Counsel for Plaintiffs*

Michael B. Wigmore
Sandra P. Franco
Bingham McCutchen LLP
2020 K Street, NW
Washington, D.C. 20006-1806
email: michael.wigmore@bingham.com
email: s.franco@bingham.com
*Counsel for Defendant-Intervenors
Anadarko Petroleum Corporation,
Warren Resources, Inc.,
and Double Eagle Petroleum Co.*

Lori Caramanian
United States Department of Justice
Environment & Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
email: lori.caramanian@usdoj.gov

Jon M. Lipshultz
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
email: jon.lipshultz@usdoj.gov
*Counsel for Federal Defendants*

Robert C. Mathes
Bjork Lindley Little PC
1600 Stout Street, Suite 1400
Denver, CO 80202
email: rmathes@bjorklindley.com
*Counsel for Defendant-Intervenor
Double Eagle Petroleum Co.*

_/s/ Connie Schupp_
Wyoming Attorney General's Office