AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

NATURAL RESOURCE DEFENSE
COUNCIL, et al.,
        Plaintiff(s)  )
)
)
        vs.  )    CASE NUMBER  07-cv-1709 RJL
DIRK KEMPTHORN, et al.,  )
)
        Defendant(s)  )

**APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of __Jay Jerde__ as counsel in this
                             (Attorney's Name)

case for: __State of Wyoming__
              (Name of party or parties)

1/28/08
Date

WY 6-2773
BAR IDENTIFICATION

_(signature)_
Signature

Jay Jerde
Print Name

123 Capitol Building
Address

Cheyenne     WY     82002
City           State       Zip Code

307-777-6946
Phone Number

CERTIFICATE OF SERVICE

I hereby certify that on this 28TH day of January, 2008, the foregoing ENTRY OF APPEARANCE was electronically filed through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing, to the following:

Sharon Buccino
Benjamin Longstreth
Natural Resources Defense Council
1200 New York Ave., NW Suite 400
Washington, D.C. 20005
email: sbuccino@nrdc.org
email: blongstreth@nrdc.org

Aaron Bloom
Natural Resources Defense Council
New York, NY 10011
email: abloom@nrdc.org
*Counsel for Plaintiffs*

Michael B. Wigmore
Sandra P. Franco
Bingham McCutchen LLP
2020 K Street, NW
Washington, D.C. 20006-1806
email: michael.wigmore@bingham.com
email: s.franco@bingham.com
*Counsel for Defendant-Intervenors
Anadarko Petroleum Corporation,
Warren Resources, Inc.,
and Double Eagle Petroleum Co.*

Lori Caramanian
United States Department of Justice
Environment & Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
email: lori.caramanian@usdoj.gov

Jon M. Lipshultz
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
email: jon.lipshultz@usdoj.gov
*Counsel for Federal Defendants*

Robert C. Mathes
Bjork Lindley Little PC
1600 Stout Street, Suite 1400
Denver, CO 80202
email: rmathes@bjorklindley.com
*Counsel for Defendant-Intervenor
Double Eagle Petroleum Co.*

_____
Wyoming Attorney General's Office