IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL<br>1200 New York Avenue, NW, Suite 400<br>Washington, DC  20005,           *et al.*<br><br>         Plaintiffs,<br><br>              v.<br><br>DIRK KEMPTHORNE, in his official capacity<br>As the Secretary of the United States<br>Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240,           *et al.*<br><br>         Defendants.<br>_____<br>ANADARKO PETROLEUM CORPORATION,<br>WARREN RESOURCES, INC., and DOUBLE<br>EAGLE PETROLEUM CO.,<br><br>Defendant-Intervenors,<br><br>STATE OF WYOMING,<br><br>Defendant-Intervenor. | Civ. No. 07-1709 (RJL) |

## NOTICE OF PROPOSED SCHEDULING ORDER

The Parties to the above-captioned case jointly propose that this case proceed according to the schedule set forth in the attached [Proposed] Scheduling Order.

Respectfully submitted this 6th day of February 2008.

                                                      /s/  Benjamin Longstreth
                                               Sharon Buccino (DC Bar # 432073)
                                               Benjamin Longstreth (DC Bar # 974015)
                                               Natural Resources Defense Council

1200 New York Ave., NW, Suite 400
Washington, DC 20005
T: 202-289-6868
F: 202-289-1060
sbuccino@nrdc.org
blongstreth@nrdc.org

*Counsel for Plaintiffs*

with the concurrence and consent of:

Lori Caramanian
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
T: (303) 844-1499
F: (303) 844-1350
lori.caramanian@usdoj.gov

Attorney for Federal Defendants

Michael B. Wigmore
D.C. Bar No. 436114
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006
T: (202) 373-6000
F: (202) 373-6001
michael.wigmore@bingham.com

*Counsel for Anadarko Petroleum Corporation, Warren Resources, Inc. and Double Eagle Petroleum Co.*

Jay Jerde
John Scudder Burbridge
Kristen Dolan
Wyoming Attorney General's Office
123 Capitol Building
Cheyenne, WY 82002
jjerde@state.wy.us
kdolan@state.wy.us

*Counsel for State of Wyoming*

**CERTIFICATE OF SERVICE**

I hereby certify that on February , 2008, I caused to be electronically filed the foregoing NOTICE OF PROPOSED SCHEDULING ORDER and attached PROPOSED SCHEDULING ORDER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties.

      /s/  Benjamin Longstreth
Sharon Buccino (DC Bar # 432073)
Benjamin Longstreth (DC Bar # 974015)
Natural Resources Defense Council
1200 New York Ave., NW, Suite 400
Washington, DC  20005
T:  202-289-6868
F:  202-289-1060
sbuccino@nrdc.org

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL<br>1200 New York Avenue, NW, Suite 400<br>Washington, DC  20005,           *et al.*<br><br>     Plaintiffs,<br><br>          v.<br><br>DIRK KEMPTHORNE, in his official capacity<br>As the Secretary of the United States<br>Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240,          *et al.*<br><br>     Defendants.<br>_____<br>ANADARKO PETROLEUM CORPORATION,<br>WARREN RESOURCES, INC., and DOUBLE<br>EAGLE PETROLEUM CO.,<br><br>Defendant-Intervenors,<br><br>STATE OF WYOMING,<br><br>Defendant-Intervenor. | Civ. No. 07-1709 (RJL) |

## [PROPOSED] SCHEDULING ORDER

The Parties Joint Motion for Scheduling Order is hereby GRANTED.

1.      The Federal Defendants will produce and designate the administrative record in this case not later than March 20, 2008.

2.      In the event a Party has concerns regarding the content or completeness of the administrative record, it shall raise those concerns to the Federal Defendants not later than March 28, 2008, and attempt to resolve those concerns in good faith.  In the event those concerns cannot

be adequately resolved, the concerned Party may seek relief from this Court by filing a proper motion not later than April 4, 2008. Responses shall be filed not later than April 18, 2008. Replies shall be filed not later than April 25, 2008.

    3.    In the event there is no unresolved dispute over the content of the administrative record, the following schedule for motions, responses and replies shall be followed:

    (a)    Plaintiffs' Motion for Summary Judgment to be filed not later than April 23, 2008;

    (b)    The Federal Defendants' and Intervenor-Defendants' Responses to Plaintiffs' Motion for Summary Judgment and Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment to be filed not later than May 23, 2008;

    (c)    Plaintiffs' Response to the Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment to be filed not later than June 23, 2008;

    (d)    The Federal Defendants' and Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment to be filed not later than July 12, 2008.

    4.    In the event of an unresolved dispute concerning the content of the administrative record, then the following schedule shall apply:

    (a)    Plaintiffs' Motion for Summary Judgment shall be filed not later than the 30th day following this Court's Order disposing of the administrative record dispute;

    (b)    The Federal Defendants' and Intervenor-Defendants' Responses to Plaintiffs' Motion for Summary Judgment and Federal Defendants' and Intervenor-

      Defendants' Cross-Motions for Summary Judgment to be filed not later than the 30th day following the filing under Paragraph 5(a);

(c)    Plaintiffs' Response to the Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment to be filed not later than the 30th day following the filing of under Paragraph 5(b);

(d)    The Federal Defendants' and Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment to be filed not later than 15 days following the filing under Paragraph 5(c) .

DATED:                                                                        _____

                                                                                RICHARD J. LEON
                                                                                 UNITED STATES DISTRICT JUDGE