## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:07-cv-01709-RJL |
| ) | |
| DIRK A. KEMPTHORNE, in his official capacity, ) | |
| THE UNITED STATES DEPARTMENT OF THE ) | |
| INTERIOR, and ) | |
| THE BUREAU OF LAND MANAGEMENT, ) | |
| ) | |
| Defendants. ) | |
| ANADARKO PETROLEUM CORPORATION, ) | |
| WARREN RESOURCES, INC., and DOUBLE ) | |
| EAGLE PETROLEUM CO., ) | |
| ) | |
| Defendant-Intervenors, ) | |
| ) | |
| STATE OF WYOMING, ) | |
| ) | |
| Defendant-Intervenor. ) | |

## FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE THE ADMINISTRATIVE RECORD AND TO MODIFY THE SCHEDULING ORDER

Federal Defendants hereby move the court for an extension of time to file the Administrative Record, up to and including March 31, 2008. The current scheduling order calls for the Administrative Record to be filed March 20, 2008. The reason for this request is Federal Defendants are preparing to supplement the Administrative Record on March 31, 2008 with additional documents in the Theodore Roosevelt Conservation P'ship v. Kempthorne, 1:07-cv-01486-RJL5 (D. D.C. filed Aug. 17, 2007) case. These same documents are intended to be part of the record for the

above-captioned case and the additional time will allow us to ensure that this portion of the record is consistent with the record in the <u>Theodore Roosevelt</u> case.

Federal Defendants also move the Court for a short extension of 7 days to the case deadlines as set in the Courts Feb. 8, 2008 Minute Order. Attached hereto as Attachment "A" is an amended scheduling order.

Federal Defendants have conferred with Plaintiff Natural Resources Defense Council and Defendant-Intervenors Anadarko Petroleum Corp., Warren Resources, Inc, Double Eagle Petroleum Co., and the State of Wyoming (collectively "Parties") and they do not oppose this motion.

Accordingly, Federal Defendants hereby propose that the Administrative Record be filed on March 31, 2008 and that the original Scheduling Order be modified as per Attachment "A."

Respectfully submitted this 7th day of March, 2008.

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

Jon M. Lipshultz
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
PO Box 23986
Washington, DC 20026-3986
Phone: (202) 514-2191
Fax: (202) 353-7763
D.C. Bar #416165


   s/ Lori Caramanian
Lori Caramanian
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Phone: (303) 844-1499

-2-

Fax: (303) 844-1350
lori.caramanian@usdoj.gov

Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2008, I electronically filed the foregoing **FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE THE ADMINISTRATIVE RECORD AND TO MODIFY THE SCHEDULING ORDER** through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Sharon Buccino  sbuccino@nrdc.org, abloom@nrdc.org, blongstreth@nrdc.org, cwyatt@nrdc.org

Michael B. Wigmore  michael.wigmore@bingham.com, s.franco@bingham.com

Jay A. Jerde  jjerde@state.wy.us

Benjamin Longstreth  blongstreth@nrdc.org, kboudouris@nrdc.org

Robert Charles Mathes  rmathes@bjorklindley.com, lvanderveer@bjorklindley.com

Kristen A. Dolan  kdolan@state.wy.us, cschep@state.wy.us

Teresa Rachel Nelson  tnelso@state.wy.us

John Scudder Burbridge  jburb1@state.wy.us


     /s/ *Lori Caramanian*
LORI CARAMANIAN

**ATTACHMENT "A"**

Proposed Amended Scheduling Order

1. The Federal Defendants will produce and designate the administrative record in this case not later than March 31, 2008.

2. In the event a Party has concerns regarding the content or completeness of the administrative record, it shall raise those concerns to the Federal Defendants not later than April 4, 2008, and attempt to resolve those concerns in good faith. In the event those concerns cannot be adequately resolved, the concerned Party may seek relief from this Court by filing a proper motion not later than April 11, 2008. Responses shall be filed not later than April 25, 2008. Replies shall be filed not later than May 2, 2008.

3. In the event there is no unresolved dispute over the content of the administrative record, the following schedule for motions, responses and replies shall be followed:

    (a) Plaintiffs' Motion for Summary Judgment to be filed not later than April 30, 2008;

    (b) The Federal Defendants' and Intervenor-Defendants' Responses to Plaintiffs' Motion for Summary Judgment and Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment to be filed not later than May 30, 2008;

    (c) Plaintiffs' Response to the Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment to be filed not later than June 30, 2008;

(d) The Federal Defendants' and Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment to be filed not later than July 22, 2008.

4. In the event of an unresolved dispute concerning the content of the administrative record, then the following schedule shall apply:

(a) Plaintiffs' Motion for Summary Judgment shall be filed not later than the 30th day following this Court's Order disposing of the administrative record dispute;

(b) The Federal Defendants' and Intervenor-Defendants' Responses to Plaintiffs' Motion for Summary Judgment and Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment to be filed not later than the 30th day following the filing under Paragraph 5(a);

(c) Plaintiffs' Response to the Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment to be filed not later than the 30th day following the filing of under Paragraph 5(b);

(d) The Federal Defendants' and Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment to be filed not later than 15 days following the filing under Paragraph 5(c) .

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ )<br>NATURAL RESOURCES DEFENSE COUNCIL, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>DIRK A. KEMPTHORNE, in his official capacity, )<br>THE UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, and )<br>THE BUREAU OF LAND MANAGEMENT, )<br> )<br>Defendants. )<br>_____)<br>ANADARKO PETROLEUM CORPORATION, )<br>WARREN RESOURCES, INC., and DOUBLE )<br>EAGLE PETROLEUM CO., )<br> )<br>Defendant-Intervenors, )<br> )<br>STATE OF WYOMING, )<br> )<br>Defendant-Intervenor. )<br>_____) | 1:07-cv-01709-RJL |

**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS MOTION FOR
EXTENSION  OF TIME IN WHICH TO FILE THE ADMINISTRATIVE RECORD
AND TO MODIFY THE SCHEDULING ORDER**

The Parties Joint Motion for Scheduling Order is hereby GRANTED.

1. The Federal Defendants will produce and designate the administrative record in

this case not later than March 31, 2008.

2. In the event a Party has concerns regarding the content or completeness of the

administrative record, it shall raise those concerns to the Federal Defendants not later than April

4, 2008, and attempt to resolve those concerns in good faith. In the event those concerns cannot be adequately resolved, the concerned Party may seek relief from this Court by filing a proper motion not later than April 11, 2008. Responses shall be filed not later than April 25, 2008. Replies shall be filed not later than May 2, 2008.

        3. In the event there is no unresolved dispute over the content of the administrative record, the following schedule for motions, responses and replies shall be followed:

        (a) Plaintiffs' Motion for Summary Judgment to be filed not later than April 30, 2008;

        (b) The Federal Defendants' and Intervenor-Defendants' Responses to Plaintiffs' Motion for Summary Judgment and Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment to be filed not later than May 30, 2008;

        (c) Plaintiffs' Response to the Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment to be filed not later than June 30, 2008;

        (d) The Federal Defendants' and Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment to be filed not later than July 22, 2008.

        4. In the event of an unresolved dispute concerning the content of the administrative record, then the following schedule shall apply:

        (a) Plaintiffs' Motion for Summary Judgment shall be filed not later than the 30th day following this Court's Order disposing of the administrative record dispute;

        (b) The Federal Defendants' and Intervenor-Defendants' Responses to Plaintiffs'

Motion for Summary Judgment and Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment to be filed not later than the 30th day following the filing under Paragraph 5(a);

(c) Plaintiffs' Response to the Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment to be filed not later than the 30th day following the filing of under Paragraph 5(b);

(d) The Federal Defendants' and Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment to be filed not later than 15 days following the filing under Paragraph 5(c) .


DATED: _____          _____
                                        RICHARD J. LEON
                                        UNITED STATES DISTRICT JUDGE