IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 17 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

)
NATURAL RESOURCES DEFENSE COUNCIL, )
)
Plaintiffs, )
)
v. )  1:07-cv-01709-RJL
)
DIRK A. KEMPTHORNE, in his official capacity, )
THE UNITED STATES DEPARTMENT OF THE )
INTERIOR, and )
THE BUREAU OF LAND MANAGEMENT, )
)
Defendants. )
_____)
ANADARKO PETROLEUM CORPORATION, )
WARREN RESOURCES, INC., and DOUBLE )
EAGLE PETROLEUM CO., )
)
Defendant-Intervenors, )
)
STATE OF WYOMING, )
)
Defendant-Intervenor. )
_____)

**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS MOTION FOR
EXTENSION OF TIME IN WHICH TO FILE THE ADMINISTRATIVE RECORD
AND TO MODIFY THE SCHEDULING ORDER**

The Parties Joint Motion for Scheduling Order is hereby GRANTED.

1. The Federal Defendants will produce and designate the administrative record in this case not later than March 31, 2008.

2. In the event a Party has concerns regarding the content or completeness of the administrative record, it shall raise those concerns to the Federal Defendants not later than April

-1-



4, 2008, and attempt to resolve those concerns in good faith. In the event those concerns cannot be adequately resolved, the concerned Party may seek relief from this Court by filing a proper motion not later than April 11, 2008. Responses shall be filed not later than April 25, 2008. Replies shall be filed not later than May 2, 2008.

3. In the event there is no unresolved dispute over the content of the administrative record, the following schedule for motions, responses and replies shall be followed:

(a) Plaintiffs' Motion for Summary Judgment to be filed not later than April 30, 2008;

(b) The Federal Defendants' and Intervenor-Defendants' Responses to Plaintiffs' Motion for Summary Judgment and Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment to be filed not later than May 30, 2008;

(c) Plaintiffs' Response to the Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment to be filed not later than June 30, 2008;

(d) The Federal Defendants' and Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment to be filed not later than July 22, 2008.

4. In the event of an unresolved dispute concerning the content of the administrative record, then the following schedule shall apply:

(a) Plaintiffs' Motion for Summary Judgment shall be filed not later than the 30th day following this Court's Order disposing of the administrative record dispute;

(b) The Federal Defendants' and Intervenor-Defendants' Responses to Plaintiffs'

Motion for Summary Judgment and Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment to be filed not later than the 30th day following the filing under Paragraph 5(a);

(c) Plaintiffs' Response to the Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment to be filed not later than the 30th day following the filing of under Paragraph 5(b);

(d) The Federal Defendants' and Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment to be filed not later than 15 days following the filing under Paragraph 5(c).

DATED: 3/14/08

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE