# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK A. KEMPTHORNE, in his official capacity,<br>THE UNITED STATES DEPARTMENT OF THE<br>INTERIOR, and<br>THE BUREAU OF LAND MANAGEMENT,<br><br>Defendants,<br><br>ANADARKO PETROLEUM CORPORATION,<br>WARREN RESOURCES, INC., and DOUBLE<br>EAGLE PETROLEUM CO.,<br>and<br>STATE OF WYOMING,<br><br>Defendant-Intervenors. | 07-cv-01709-RJL |

## FEDERAL DEFENDANTS' NOTICE OF CONVENTIONAL LODGING OF SUPPLEMENT TO THE ADMINISTRATIVE RECORD

Pursuant to this LcvR 5.4(e)(1) Federal Defendants hereby give notice of the conventional filing of supplemental material to the administrative record for the above captioned case pursuant to the parties' agreement to seek to resolve concerns over the adequacy or completeness of the administrative record as set forth in paragraph 2 of the March 14, 2008 Scheduling Order.

The administrative record consists of 1 DVD labeled Volume 5 and an index.  See Attachment 1.  A copy of the administrative record is being served on Plaintiffs' counsel and counsel for Intervenors on this date via Federal Express.

1

Respectfully submitted this 21th day of April, 2008.

>RONALD J. TENPAS
>Acting Assistant Attorney General
>United States Department of Justice
>Environment & Natural Resources Division
>
>Jon M. Lipshultz
>United States Department of Justice
>Environment & Natural Resources Division
>Environmental Defense Section
>PO Box 23986
>Washington, DC 20026-3986
>Phone: (202) 514-2191
>Fax: (202) 353-7763
>D.C. Bar #416165
>
>
>   s/ Lori Caramanian
>Lori Caramanian
>United States Department of Justice
>Environment and Natural Resources Division
>1961 Stout Street, 8th Floor
>Denver, CO 80294
>Phone: (303) 844-1499
>Fax: (303) 844-1350
>lori.caramanian@usdoj.gov
>
>Attorneys for Federal Defendants

## Administrative Record Index for NRDC v. US Department of the Interior.

## 07CV 1709

### A. SUPPLEMENTS TO THE RECORD:

| Bates No. | Document Type | Source, Organization | Location, Owner | From | To | Description or Title | Document Date |
|---|---|---|---|---|---|---|---|
| 86083 | Scientific Study | NRDC | NRDC | - | - | Guidelines to manages sage grouse populations and their habitat (Connelly et al. 2000. in Wildlife Society Bulletin, 2000, (28)4, 967-985) | 2000 |
| 86102 | MOU | Wyoming State Office (WSO) | WSO | Various | Various | MOU among WAFWA, USDA-FS, USDI-BLM, USDI, FWS | 8/31/2000 |
| 86107 | Public Comment | Rock Springs Field Office (RSFO) | RSFO | Robert Yuhnke | RSFO | Comments, Jack Morrow Hills Coordinated Activity Plan | 5/22/2003 |
| 86126 | Public Comment | RSFO | RSFO | Robert Yuhnke | RSFO | Protest, Jack Morrow Hills Coordinated Activity Plan | 8/2004 |
| 86150 | Public Comment | Rawlins Field Office (RFO) | RFO | Vicki Stamper | RFO | Comments, Rawlins Resource Management Plan (RMP) | 3/11/2005 |
| 86169 | Public Comment | Pinedale Field Office (PFO) | PFO | WOC, et al. | PFO | Comments, Jonah Infill Draft Environmental Impact Statement | 4/9/2005 |
| 86203 | Public Comment | PFO | PFO | WOC, et al. | PFO | Comments, Jonah Infll Air Quality Impact Analysis | 9/26/2005 |
| 86230 | Public Comment | PFO | PFO | Vicki Stamper | PFO | Comments, Air Quality Analyses for the Jonah Infill Development Project | 10/5/2005 |
| 86264 | Public Comment | PFO | PFO | Robert Yuhnke | PFO | Comments, Air Quality Analyses for the Jonah Infill Development Project | 10/7/2005 |
| 86286 | Public Comment | RFO | RFO | Robert Yuhnke | RFO | Comments, Air Quality Impacts for the Rawlins RMP | Unknown |
| 86298 | Map | RFO | RFO | RFO | Public | RFO Minerals & Lands Project Map | 6/9/2006 |

**ATTACHMENT 1**

1