IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, | ) | |
| Plaintiffs, | ) | |
| v. | ) | 07-cv-01709-RJL |
| DIRK A. KEMPTHORNE, in his official capacity, THE UNITED STATES DEPARTMENT OF THE INTERIOR, and THE BUREAU OF LAND MANAGEMENT, | ) | |
| Defendants, | ) | |
| ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., and DOUBLE EAGLE PETROLEUM CO., and STATE OF WYOMING, | ) | |
| Defendant-Intervenors. | ) | |

**FEDERAL DEFENDANTS' NOTICE OF CONVENTIONAL LODGING OF
REPLACEMENT DVD OF THE ADMINISTRATIVE RECORD**

___

Pursuant to this LcvR 5.4(e)(1) Federal Defendants hereby give notice of the conventional filing of a replacement DVD of the administrative record for the above captioned case. On March 28, 2008 Federal Defendants lodged with the court the Administrative Record on four DVD's (see Docket #46) and on April 21, 2008 one DVD containing a supplement to the record was filed (see Docket #47). Through a copying and scanning error, one document submitted on March 28, 2008 inadvertently had missing pages. A complete replacement to the previously lodged DVD entitled Volume BLM01, Bates Range 0000001-010332 is being sent via overnight Federal Express to the

1

Court and being served on Plaintiffs' Counsel and counsel for Defendant-Intervenors. Federal Defendants apologize for any inconvenience.

Respectfully submitted this 23rd day of April, 2008.

RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

Jon M. Lipshultz
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
PO Box 23986
Washington, DC 20026-3986
Phone: (202) 514-2191
Fax: (202) 353-7763
D.C. Bar #416165


   s/ Lori Caramanian
Lori Caramanian
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Phone: (303) 844-1499
Fax: (303) 844-1350
lori.caramanian@usdoj.gov

Attorneys for Federal Defendants