IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, BIODIVERSITY CONSERVATION ALLIANCE, WYOMING OUTDOOR COUNCIL, WESTERN WATERSHEDS PROJECT, and WYOMING WILDERNESS ASSOCIATION<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of Interior, U. S. DEPARTMENT OF INTERIOR, and U. S. BUREAU OF LAND MANAGEMENT<br><br>Defendants,<br><br>STATE OF WYOMING, ANADARKO PETROLEUM CORPORATION, WARREN RESOURCES, INC., and DOUBLE EAGLE PETROLEUM CO.<br><br>Defendant-Intervenors. | Civ. No. 07-cv-01709-RJL |

**NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD**

COMES NOW, Kristen A. Dolan, pursuant to Rule 83.6(b) of the Local Civil Rules of the United States District Court for the District of Columbia, and hereby files this Notice of Withdrawal as Counsel of Record in the above captioned matter for the State of Wyoming. Attorneys Jay Jerde, John S. Burbridge and Teresa R. Nelson with the Wyoming Attorney

General's Office have previously filed their Entries of Appearance and will continue to represent the Defendant-Intervenor, State of Wyoming, and there will be no disruption in the case.

DATED this 28th day of April, 2008.

/s/ Kristen A. Dolan
Kristen A. Dolan
Assistant Attorney General
Wyoming Attorney General's Office
123 Capitol Building
Cheyenne, WY  82002
(307) 777-6946
(307) 777-3542 facsimile
kdolan@state.wy.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2008, the foregoing NOTICE OF WITHDRAWAL OF COUNSEL was electronically filed through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing, and the foregoing was also served by placing the same in the United States mail, postage prepaid, to the following:

Sharon Buccino
Benjamin Longstreth
Natural Resources Defense Council
1200 New York Avenue, NW
Suite 400
Washington, D.C. 20005
sbuccino@nrdc.org
blongstreth@nrdc.org

Lori Caramanian
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO  80294
lori.caramanian@usdoj.gov

Michael B. Wigmore
Sandra P. Franco
Bingham McCutchen, LLP
2020 K Street, NW
Washington, D.C.   20006
michael.wigmorebingham.com
s.franco@bingham.com

Aaron Bloom
Natural Resources Defense Counsel
40 West 20th Street
New York, NY  10011
abloom@nrdc.org

Robert Charles Mathes
Bjork Lindley Little, PC
1600 Stout Street, Suite 1400
Denver, CO  80202-3110
rmathes@bjorklindley.com

/s/ Kristen A. Dolan
Wyoming Attorney General's Office