IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL<br>1200 New York Avenue, NW, Suite 400<br>Washington, DC  20005,          *et al.*<br><br>        Plaintiffs,<br><br>        v.<br><br>DIRK KEMPTHORNE, in his official capacity<br>As the Secretary of the United States<br>Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240,          *et al.*<br><br>        Defendants.<br><br>ANADARKO PETROLEUM CORPORATION,<br>WARREN RESOURCES, INC., and DOUBLE<br>EAGLE PETROLEUM CO.,<br><br>Defendant-Intervenors,<br><br>STATE OF WYOMING,<br><br>Defendant-Intervenor. | Civ. No. 07-1709 (RJL) |

## **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 7(h), Plaintiffs move for summary judgment in this case on the grounds that Defendants have acted arbitrarily and capriciously or otherwise not in accordance with law in violation of the Administrative Procedure Act ("APA"), 5 U.S.C. § 706, and have violated the National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321 et seq..  Specifically, Defendant agency the Bureau of Land Management ("BLM") unlawfully authorized energy companies to

engage in intensive industrial coal bed methane production in the Atlantic Rim area without an adequate assessment of the environmental impacts of the project and without allowing for adequate public participation.

In May 2007, BLM authorized up to 2,000 new wells pursuant to the Atlantic Rim Natural Gas Development Project Final Environmental Impact Statement and Record of Decision.  BLM then approved applications for permits to drill 138 new wells in the Catalina A and B and Sun Dog A, B, C, D, and E plans of development of the Atlantic Rim project.  Anadarko Petroleum Corporation and Double Eagle Petroleum Co. have drilled new wells, bladed new roads, and constructed new powerlines and other infrastructure pursuant to BLM's approvals.  Plaintiffs' Motion is accompanied by a supporting Memorandum and a Statement of Material Facts as to Which There is No Genuine Issue.  A proposed order is also attached.

Plaintiffs request that this Court grant summary judgment in their favor and issue a declaratory judgment that the defendants' approval of Atlantic Rim FEIS is unlawful and in violation of NEPA.  In addition, plaintiffs request that the Court declare that BLM's approvals of the applications for permits to drill in the Catalina A and B and Sun Dog A, B, C, D, and E plans of development of the Atlantic Rim project are unlawful and in violation of NEPA, award injunctive relief directing Defendants to rescind those approvals until Defendants correct their violations of NEPA, award injunctive relief prohibiting defendants from approving any further applications for permits to drill, or perform other ground-disturbing activity, tied to the Atlantic Rim Development Project FEIS until the defendant agency BLM corrects its violations of NEPA.  Moreover, plaintiffs request that the Court retain jurisdiction of this action to ensure compliance

with its decree, award plaintiffs the costs they have incurred in pursuing this action, including attorneys' fees, as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and other applicable provisions.

                                              Respectfully submitted,

                                                /s/  Sharon Buccino
                                              Sharon Buccino (D.C. Bar #432073)
                                              Ben Longstreth (DC Bar # 974015)
                                              Aaron Bloom
                                              Natural Resources Defense Council
                                              1200 New York Ave., N.W. Suite 400
                                              Washington, D.C. 20005
                                              (202) 289-6868

Dated: April 28, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL<br>1200 New York Avenue, NW, Suite 400<br>Washington, DC  20005,           *et al.*<br><br>        Plaintiffs,<br><br>            v.<br><br>DIRK KEMPTHORNE, in his official capacity<br>As the Secretary of the United States<br>Department of the Interior<br>1849 C Street, NW<br>Washington, DC  20240,           *et al.*<br><br>        Defendants.<br>_____<br>ANADARKO PETROLEUM CORPORATION,<br>WARREN RESOURCES, INC., and DOUBLE<br>EAGLE PETROLEUM CO.,<br><br>Defendant-Intervenors,<br><br>STATE OF WYOMING,<br><br>Defendant-Intervenor. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 07-1709 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED]**
**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Natural Resources Defense Council, et al., have filed a motion pursuant to Fed. R. Civ. P. 56 seeking summary judgment in their favor.  The Court, having reviewed the record and having considered the pleadings and arguments of the parties, and being otherwise fully advised, hereby:

**ORDERS** that Plaintiffs' motion for summary judgment is **GRANTED**.

The Court hereby **DECLARES** that:

The Defendants have violated the National Environmental Policy Act and its implementing regulations.

The Court further **ORDERS** that:

**(1)** Defendants are directed to rescind approval of the applications for permits to drill in the Catalina A and B and Sun Dog A, B, C, D, and E plans of development of the Atlantic Rim project;

**(2)** Defendants are prohibited from approving any further surface disturbing activities tied to the Atlantic Rim Development Project Record of Decision/ Environmental Impact Statement until the defendant agency Bureau of Land Managment corrects its violations of NEPA; and

**(3)** This Court retains jurisdiction of this action to ensure compliance with this order.

_____
Richard J. Leon
United States District Judge

Dated: _____