IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, BIODIVERSITY CONSERVATION ALLIANCE, WYOMING OUTDOOR COUNCIL, WESTERN WATERSHEDS PROJECT, and WYOMING WILDERNESS ASSOCIATION <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of Interior, U. S. DEPARTMENT OF INTERIOR, and U. S. BUREAU OF LAND MANAGEMENT <br><br> Defendants, <br><br> STATE OF WYOMING, ANADARKO PETROLEUM COPRORATION, WARREN RESOURCES, INC., and DOUBLE EAGLE PETROLEUM CO. <br><br> Defendant-Intervenors. | ) ) ) ) ) ) ) ) Civ. No. 07-cv-01709-RJL ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANT-INTERVENOR STATE OF WYOMING'S
CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and LCvR 7(h), Defendant-Intervenor State of Wyoming

hereby respectfully moves this Court to enter an order granting summary judgment in favor of

Defendant-Intervenor State of Wyoming and against Plaintiffs as to all claims.  Because there are

no material facts in dispute, Defendant-Intervenor is entitled to judgment as a matter of law.  The

grounds for this motion are set forth more fully in the accompanying DEFENDANT-INTERVENOR

STATE OF WYOMING'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS CROSS-

MOTION FOR SUMMARY JUDGMENT which is filed herewith and incorporated by reference.

DATED this 30ᵗʰ day of May, 2008.


DEFENDANT-INTERVENOR, STATE OF
WYOMING

  /s/ Teresa R. Nelson
Teresa R. Nelson
Assistant Attorney General

Jay A. Jerde
Deputy Attorney General
Wyoming Attorney General's Office
123 Capitol Building
Cheyenne, WY  82002
(307) 777-6946
(307) 777-3542 - Facsimile
jjerde@state.wy.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2008, the foregoing DEFENDANT-INTERVENOR STATE OF WYOMING'S CROSS-MOTION FOR SUMMARY JUDGMENT was electronically filed through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing to the following:

Sharon Buccino
Benjamin Longstreth
Natural Resources Defense Council
1200 New York Avenue, NW
Suite 400
Washington, D.C. 20005
sbuccino@nrdc.org
blongstreth@nrdc.org

Robert Charles Mathes
Bjork Lindley Little, PC
1600 Stout Street, Suite 1400
Denver, CO  80202-3110
rmathes@bjorklindley.com

Lori Caramanian
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO  80294
lori.caramanian@usdoj.gov

Michael B. Wigmore
Sandra P. Franco
Bingham McCutchen, LLP
2020 K Street, NW
Washington, D.C.   20006
michael.wigmorebingham.com
s.franco@bingham.com

I further certify that I served a copy of the foregoing by placing a copy in the U.S. Mail, postage pre-paid to the following:

Aaron Bloom
Natural Resources Defense Counsel
40 West 20th Street
New York, NY  10011

/s/ Teresa R. Nelson
Wyoming Attorney General's Office

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATURAL RESOURCES DEFENSE COUNCIL,      )
BIODIVERSITY CONSERVATION ALLIANCE,     )
WYOMING OUTDOOR COUNCIL, WESTERN        )
WATERSHEDS PROJECT, and WYOMING         )
WILDERNESS ASSOCIATION                  )
                                        )
                    Plaintiffs,         )
                                        )  Civ. No. 07-cv-01709-RJL
v.                                      )
                                        )
DIRK KEMPTHORNE, in his official capacity as   )
the Secretary of the United States Department of  )
Interior, U. S. DEPARTMENT OF INTERIOR, and   )
U. S. BUREAU OF LAND MANAGEMENT         )
                                        )
                    Defendants,         )
                                        )
                                        )
STATE OF WYOMING, ANADARKO              )
PETROLEUM COPRORATION, WARREN           )
RESOURCES, INC., and DOUBLE EAGLE       )
PETROLEUM CO.                           )
                                        )
                    Defendant-Intervenors.  )
                                        )

**[Proposed]**
**ORDER GRANTING DEFENDANT-INTERVENOR STATE OF WYOMING'S
CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant-Intervenor State of Wyoming has filed a cross-motion pursuant to Fed. R. Civ. P.

56 seeking summary judgment in its favor. The Court, having reviewed the record and having

considered all pleadings and arguments of the parties, and being otherwise fully advised, finds that

Federal Defendants have not acted arbitrary or capriciously in violation of the Administrative

Procedures Act, and hereby:

     **ORDERS** that Defendant-Intervenor State of Wyoming's cross-motion for summary

judgment is **GRANTED.**

**DATE:** _____         _____

                                                **UNITED STATED DISTRICT JUDGE**