A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

NATURAL RESOURCES DEFENSE  
COUNCIL, et al.   )  
       Plaintiff(s)   )   **APPEARANCE**  
          )  
          )  
       vs.   )   CASE NUMBER   07-cv-01709-RJL  
DIRK KEMTHORNE, et al   )  
          )  
       Defendant(s)   )  

To the Clerk of this court and all parties of record:

Please enter the appearance of   David J. Willms   as counsel in this  
                                 (Attorney's Name)

case for:   State of Wyoming  
                (Name of party or parties)


June 18, 2008                              /s/ David J. Willms  
Date                                        Signature  

                                           David J. Willms  
6-3991 (Wyoming)                             Print Name  
BAR IDENTIFICATION  
                                           123 Capitol Building  
                                           Address  
                                           Cheyenne, WY 82002  
                                           City      State      Zip Code  
                                           (307) 777-6946  
                                           Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2008, the foregoing APPEARANCE was electronically filed through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing to the following:

Sharon Buccino
Benjamin Longstreth
Natural Resources Defense Council
1200 New York Avenue, NW
Suite 400
Washington, D.C. 20005
sbuccino@nrdc.org
blongstreth@nrdc.org

Lori Caramanian
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
lori.caramanian@usdoj.gov

Robert Charles Mathes
Bjork Lindley Little, PC
1600 Stout Street, Suite 1400
Denver, CO 80202-3110
rmathes@bjorklindley.com

Michael B. Wigmore
Sandra P. Franco
Bingham McCutchen, LLP
2020 K Street, NW
Washington, D.C. 20006
michael.wigmorebingham.com
s.franco@bingham.com

I further certify that I served a copy of the foregoing by placing a copy in the U.S. Mail, postage pre-paid to the following:

Aaron Bloom
Natural Resources Defense Counsel
40 West 20th Street
New York, NY 10011
abloom@nrdc.org

/s/ David J. Willms
Wyoming Attorney General's Office