IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                          )
NATURAL RESOURCES DEFENSE COUNCIL              )
1200 New York Avenue, NW, Suite 400            )
Washington, DC  20005,              *et al.*    )
                                                          )
        Plaintiffs,                            )    Civ. No. 07-1709 (RJL)
                                                          )
                v.                             )
                                                          )
DIRK KEMPTHORNE, in his official capacity      )
As the Secretary of the United States          )
Department of the Interior                     )
1849 C Street, NW                              )
Washington, DC  20240,              *et al.*    )
                                                          )
        Defendants.                            )
_____)
ANADARKO PETROLEUM CORPORATION,                )
WARREN RESOURCES, INC., and DOUBLE             )
EAGLE PETROLEUM CO.,                           )
                                                          )
Defendant-Intervenors,                         )
                                                          )
STATE OF WYOMING,                              )
                                                          )
Defendant-Intervenor.                          )
_____)

## NOTICE OF DEVELOPMENT IN CITED AUTHORITY

Plaintiffs cited <u>Center for Biological Diversity v. National Highway Traffic Safety Administration</u>, 508 F.3d 508, 550 (9th Cir. 2007), in their memorandum in support of Plaintiffs motion for summary judgment.  Doc. 51 at 27.  The panel in this case vacated its prior decision and issued a new opinion.  Center for Biological Diversity v. Nat'l Highway Traffic Safety Admin., -- F.3d --, 2008 WL 3822966 at *1 (9th Cir. August 18, 2008).  The new opinion does not alter the proposition for which Plaintiffs

cited the case.  See Id. at *33 to *34 (rejecting Environmental Assessment (EA) for failure to evaluate cumulative impact of greenhouse gas emissions from new fuel economy standards).  Plaintiffs' also note that in their memorandum, they erroneously indicated in the parenthetical to the Center for Biological Diversity case that the Court rejected an Environmental Impact Statement but in fact the Court rejected an EA.

Respectfully submitted,

_____/s/  Benjamin Longstreth_____
Ben Longstreth (DC Bar # 974015)
Sharon Buccino (DC Bar # 432073)
Aaron Bloom
Natural Resources Defense Council
1200 New York Ave., NW, Suite 400
Washington, DC  20005
T:  202-289-6868
F:  202-289-1060
sbuccino@nrdc.org

*Counsel for Plaintiffs*

Dated:  September 3, 2008